Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Paul<br>First Name | Russell<br>Middle Name | Wallace<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court - District of Hawaii

Case number 26-00298

FILED-US BANKRUPTCY COURT
2026 APR 28 PM 1:35

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII

Local Form H1007-1a (12/15)

# Debtor's Motion to Extend Time to File Case Opening Documents

*[Note: If the court grants an extension, the deadline to file the initial documents required in a case generally will not extend beyond 3 days before the meeting of creditors. Do not use this form to extend the time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1). If you did not obtain credit counseling before filing the petition, a request to extend time to satisfy that requirement must have been made in the petition with a certification of exigent circumstances.]*

The undersigned requests an extension of time under Bankruptcy Rule 1007(c) to file the following:

- ☑ One or more schedules (A-J)
- ☑ Statement of Financial Affairs
- ☐ Chapter 7 Statement of Current Monthly Income/Means Test Calculation
- ☑ Chapter 13 Statement of Current Monthly Income/Disposable Income Calculation
- ☑ Chapter 13 Plan
- ☑ Chapter 13 Rights and Responsibilities
- ☑ Other: Credit Counseling Cert., Forms 106A/B, C, D, E, F, G, H, I, J, 106SUM,106Dec, to include any (forms)

Date petition filed: April 15, 2026

Date of meeting of creditors: May 14, 2026

Extension requested to: May 15, 2026

Explain why an extension is needed:

"SEE ATTACHMENT"

Debtor acknowledges that the failure to file the required documents by any extended deadline will result in dismissal of the case with a bar to refiling a subsequent bankruptcy petition for 180 days following the entry of a dismissal order, under 11 U.S.C. § 109(g)(1).

/s/ Paul Wallace
Debtor 1/Attorney

Dated: April 24, 2026

/s/ ____________________
Debtor 2/Attorney

Dated: ____________________

No objection: ____________________
Trustee

**Paul Russell Wallace** Case Number: **26-00298**

# ATTACHMENT

**Explanation:**

Good cause exists for a short extension of the filing deadlines to **May 15, 2026**.

I am a senior citizen in Hawaii with ongoing health issues that substantially limit the amount of time I can spend online and working on complex court filings. In addition, the following circumstances have prevented me from completing the required documents by the current April 29, 2026 deadline:

- Multiple pressing personal and legal matters have required significant time for research, preparation of motions, and lengthy correspondence, leaving insufficient time to accurately prepare the required bankruptcy documents.
- A technical issue with my credit union's processing has blocked my debit card from completing online purchases, preventing me from obtaining the required Credit Counseling Certificate.
- Additional time is required to gather complete and accurate financial information, consult with a CPA, and properly prepare the Schedules A–J, Summary of Schedules, Statement of Financial Affairs, Income Statement, and Disposable Income Calculation.
- I am experiencing technical difficulties registering for CM/ECF / PACER access due to the new Multifactor Authentication (MFA) requirements. Without online filing capability, documents must be mailed at least three days in advance, which further shortens the already limited preparation window.
- I am actively contacting and seeking to retain a bankruptcy attorney for representation or advice, particularly regarding the Chapter 13 Plan and property-related issues. Additional time is needed for consultation and to become familiar with Court rules and procedures if I must proceed pro se.

The requested extension is only sixteen (16) days. The § 341 Meeting of Creditors is already scheduled for May 14, 2026, so there will be no prejudice to creditors or the Court. I am proceeding in good faith and will file all required documents promptly upon resolution of the above issues.

April 23, 2026

To Whom It May Concern

Please be advised that our customer, Mr. Paul Wallace, has been experiencing an ongoing technical issue with his debit card account that is preventing the approval of online purchases.

Despite our efforts over the past several weeks to resolve this matter, the issue remains unresolved. As a result, all attempted online transactions are being declined.

Mr. Wallace has requested this letter to verify the current situation, as the technical problem has prohibited him from completing necessary online purchases, including the acquisition of important documents that require payment online.

We apologize for any inconvenience this has caused and are continuing to work diligently to resolve the issue as quickly as possible.

Sincerely,

Paul Darr
Branch Manager
Hilo Branch



U.S. Bankruptcy Court - Hawaii #26-00298 Dkt # 13 Filed 04/28/26 Page 3 of 3