United States Bankruptcy Court
District of Hawaii

In re: Paul Russell Wallace
Debtor

Case No. 26-00298-rjf
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0975-1 | User: ADE | Page 1 of 1
Date Rcvd: Aug 17, 2026 | Form ID: H2002D | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Steven Mark Slavitt, Slavitt Law, 2380 Kuhio Ave,, Honolulu, HI 96815-2984 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dane S. Field | dfield1963@spectrum.net dsfield@ecf.axosfs.com;bkadmin@axosbank.com |
| Office of the U.S. Trustee. | ustpregion15.hi.ecf@usdoj.gov |
| Paul Russell Wallace | mrhawaii1@protonmail.com |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Paul Russell Wallace** | **United States Bankruptcy Court** |
| | Name | **District of Hawaii** |
| Debtor 2 (Spouse, if filing) | Name | Case number: **26–00298** Chapter: **7** |

## CLERK'S NOTICE

NOTICE IS GIVEN THAT:

The following has been entered on the docket in this bankruptcy case:

[The entire order in this matter is set forth in this docket entry. No document is attached.] ORDER GRANTING DEBTOR'S EX PARTE MOTION FOR EXPEDITED RULING GRANTING EXTENSION OF TIME TO RESPOND (related document: 50). For good cause shown, the court extends the deadline for Debtor to file his response to the court's Order to Show Cause (dkt. 47) to 09/03/2026. The deadline is extended to 08/31/2026 for filing Chapter 7 Statement of Current Monthly Income and Means–Test Calculation. IT IS FURTHER ORDERED that failure to file these documents by the extended deadline will result in dismissal of the case without further notice. Moreover, the Debtor will be barred from filing a subsequent bankruptcy petition for 180 days after the date that the dismissal order is entered, pursuant to sec. 109(g)(1). SO ORDERED. /s/ Robert J. Faris, United States Bankruptcy Judge.

The record in this case is available at the Clerk's Office at the address below or online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date Entered: August 17, 2026

Angela T. Thompson
Clerk

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov